## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

UNITED STATES OF AMERICA     )

vs.     )     Criminal No. 3:07CR79-TSL-LRA

JAIME SALGADO-MARTINEZ     )     DEFENDANT

### ORDER GRANTING SUBMISSION OF VOUCHER BEYOND TIME LIMIT

This day this matter came on to be heard upon the motion of counsel for defendant, Jamie Salgado-Martinez, moving the Court for an Order granting submission of voucher beyond time limit; and the Court being now fully advised in the premises and having read and considered said motion, finds that the Motion is well taken and should therefore be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the submission of voucher beyond time limit is hereby granted.

SO ORDERED, this the 31 day of January, 2008.

TOM S. LEE
UNITED STATES DISTRICT JUDGE

JM TLH 556352 v1
2907166-000001 1/29/2008